

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-20-00603-CV

Richard **LARES,**
Appellant

v.

Martha **MUNIZ,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-107990
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant, who is presumed indigent, has filed a motion requesting a copy of the clerk's record, reporter's record, and any supplemental records for purposes of preparing the appellant's brief. The motion is GRANTED. The Clerk of this court is instructed to print and mail a copy of the appellate record to appellant. The appellant's brief is currently due on November 22, 2021. The deadline for filing the appellant's brief is hereby extended to *December 22, 2021*.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court